No. 686. LOBER *v.* CANADIAN PACIFIC RAILWAY CO. ET AL. January 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. Ralph Royall* and *Frederick H. Stinchfield* for petitioner. *Mr. Henry S. Mitchell* for respondents.

No. 695. KEEHN, RECEIVER, *v.* CHARLES J. ROGERS, INC. January 28, 1946. Petition for writ of certiorari to the Supreme Court of Michigan denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. Cleveland Thurber* and *Emmett E. Eagan* for petitioner. *Messrs. Lawrence E. Kelly* and *Howard L. Ellis* for respondent.

No. 708. READER'S DIGEST ASSOCIATION, INC. *v.* GRANT. January 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Robert E. Coulson* for petitioner. *Mr. Osmond K. Fraenkel* for respondent.